# United States District Court

DISTRICT OF __Columbia__

Kenneth Eugene Speight

v.

Federal Bureau of Prisons

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: 07 0208

I, __Kenneth Eugene Speight__, declare that I am the (check appropriate box)

- [x] petitioner/plaintiff
- [ ] movant (filing 28 U.S.C. 2255 motion)
- [ ] respondent/defendant
- [ ] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

**RECEIVED**

FEB 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In further support of this application, I answer the following questions.

1. Are you presently employed?  Yes ☐  No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month; and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment  Yes ☐  No ☒
   b. Rent payments, interest or dividends?  Yes ☐  No ☒
   c. Pensions, annuities or life insurance payments?  Yes ☐  No ☒
   d. Gifts or inheritances?  Yes ☐  No ☒
   e. Any other sources?  Yes ☐  No ☒

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐     No ☒     (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐     No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   N-A

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __7 February 2007__                    _____
                  (Date)                              Signature of Applicant

### CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ 11.30 on account to his credit at the FCI McKean, Bradford, PA 16701 institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: N/A

I further certify that during the last six months the applicant's average balance was $ 13.15

_____
Authorized Officer of Institution

### ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____<br>United States Judge   Date | _____  _____<br>United States Judge   Date<br>or Magistrate |

# Inmate Statement

| Inmate Reg #: | 12471014 | Current Institution: | McKean FCI |
| --- | --- | --- | --- |
| Inmate Name: | SPEIGHT, KENNETH | Housing Unit: | MCK-A |
| Report Date: | 02/12/2007 | Living Quarters: | A03-101L |
| Report Time: | 2:24:59 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| MCK | 2/11/2007 8:52:11 AM | ITS0211 | | | Phone Withdrawal | ($5.00) | | $11.30 |
| MCK | 2/7/2007 1:04:14 PM | GIPP0107 | | | Payroll - IPP | $5.25 | | $16.30 |
| MCK | 2/7/2007 1:04:14 PM | 4ALMD023 - 913 | | | Debt Encumbrance | | ($1.05) | -------- |
| MCK | 2/5/2007 8:34:29 PM | ITS0205 | | | Phone Withdrawal | ($10.00) | | $11.05 |
| MCK | 2/3/2007 9:06:32 AM | ITS0203 | | | Phone Withdrawal | ($10.00) | | $21.05 |
| MCK | 2/3/2007 5:34:39 AM | 70176001 | | | Lockbox - CD | $25.00 | | $31.05 |
| MCK | 2/3/2007 5:34:39 AM | 4ALMD023 - 885 | | | Debt Encumbrance | | ($5.00) | -------- |
| MCK | 2/1/2007 12:10:40 AM | 4ALMD023 - 682 | | | Debt Encumbrance - Released | | $5.00 | -------- |
| MCK | 2/1/2007 12:10:40 AM | 4ALMD023 - 700 | | | Debt Encumbrance - Released | | $1.05 | -------- |
| MCK | 1/12/2007 9:20:00 PM | ITS0112 | | | Phone Withdrawal | ($3.00) | | $6.05 |
| MCK | 1/11/2007 10:43:53 AM | 1 | | | Sales | ($17.10) | | $9.05 |
| MCK | 1/6/2007 11:13:43 AM | ITS0106 | | | Phone Withdrawal | ($6.00) | | $26.15 |
| MCK | 1/5/2007 7:45:01 AM | GIPP1206 | | | Payroll - IPP | $5.25 | | $32.15 |
| MCK | 1/5/2007 7:45:01 AM | 4ALMD023 - 700 | | | Debt Encumbrance | | ($1.05) | -------- |
| MCK | 1/3/2007 3:43:29 PM | 70173801 | | | Lockbox - CD | $25.00 | | $26.90 |
| MCK | 1/3/2007 3:43:29 PM | 4ALMD023 - 682 | | | Debt Encumbrance | | ($5.00) | -------- |
| MCK | 1/1/2007 12:10:33 AM | 4ALMD023 - 525 | | | Debt Encumbrance - Released | | $1.05 | -------- |
| MCK | 12/9/2006 11:55:22 AM | ITS1209 | | | Phone Withdrawal | ($2.00) | | $1.90 |
| MCK | 12/9/2006 12:10:08 AM | GICD1006 - 526 | | | Debt Encumbrance - Released | | $1.35 | -------- |
| MCK | 12/9/2006 12:10:08 AM | GICD1006 - 185 | | | Debt Encumbrance - Released | | $0.65 | -------- |
| MCK | 12/9/2006 12:10:08 AM | GICD1006 | | | Inmate Co-pay | ($2.00) | | $3.90 |
| MCK | 12/8/2006 8:25:26 AM | GIPP1106 | | | Payroll - IPP | $5.25 | | $5.90 |
| MCK | 12/8/2006 8:25:26 AM | 4ALMD023 - 525 | | | Debt Encumbrance | | ($1.05) | -------- |
| MCK | 12/8/2006 8:25:26 AM | GICD1006 - 526 | | | Debt Encumbrance | | ($1.35) | -------- |
| MCK | 11/9/2006 10:37:06 AM | 48 | | | Sales | ($3.30) | | $0.65 |
| MCK | 11/7/2006 9:16:24 PM | ITS1107 | | | Phone Withdrawal | ($2.00) | | $3.95 |
| MCK | 11/4/2006 4:13:32 AM | TX110406 | | | Transfer - In from TRUFACS | $5.25 | | $5.95 |
| MCK | 11/1/2006 5:35:09 PM | ITS1101 | | | Phone Withdrawal | ($1.00) | | $0.70 |
| MCK | 11/1/2006 12:10:41 AM | 4ALMD023 - 112 | | | Debt Encumbrance - Released | | $1.05 | -------- |
| MCK | 10/13/2006 11:44:40 AM | GICD1006 - 185 | | | Debt Encumbrance | | ($0.65) | -------- |
| MCK | 10/11/2006 5:25:20 PM | ITS1011 | | | Phone Withdrawal | ($2.00) | | $1.70 |
| MCK | 10/11/2006 11:39:00 AM | 93 | | | Sales | ($8.25) | | $3.70 |
| MCK | 10/10/2006 5:37:44 PM | ITS1010 | | | Phone Withdrawal | ($6.00) | | $11.95 |

| | | | | | |
|---|---|---|---|---|---|
| MCK | 10/7/2006 5:11:41 AM | TX100706 | Transfer - In from TRUFACS | $17.95 | | $17.95 |
| MCK | 10/7/2006 5:11:41 AM | 4ALMD023-112 | Debt Encumbrance | | ($1.05) | -------- |
| | **Total Transactions: 35** | | | | | |
| | | | **Totals:** | **$11.30** | **($6.05)** | |

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| MCK | $5.25 | $0.00 | $6.05 | $0.00 | $0.00 | $0.00 | $0.00 | $11.30 |
| **Totals:** | **$5.25** | **$0.00** | **$6.05** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$11.30** |

## Inmate Account Inquiry

**Inmate Register Number:** 12471014

**Inmate Name:** SPEIGHT, KENNETH

**Facility:** Allenwood USP

**Housing Unit:**

**Living Quarters:** A01-124U

### Account Balances

| | |
|---|---|
| Account Balance: | $6.79 |
| Pre-Release Acct Balance: | $0.00 |
| Debt Encumbrance: | $1.05 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $5.74 |

### General Information

| | |
|---|---|
| National 6 Months Deposits: | $81.50 |
| National 6 Months Withdrawals: | $80.50 |
| National 6 Months Avg Daily Balance: | $6.73 |
| Local Max. Balance - Prev. 30 Days: | $15.54 |
| Average Balance - Prev. 30 Days: | $3.23 |

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $25.00 | N.A. |

**Comments:** xxx xxx

Close

Date: 09/12/2006
Time: 12:39:38 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: ALP

## General Information

| | | | | |
|---|---|---|---|---|
| Inmate Reg#: | 12471014 | | Living Quarters: | A01-124U |
| Inmate Name: | SPEIGHT, KENNETH | | Arrived From: | ALM |
| Current Site Name: | Allenwood USP | | Transferred To: | |
| Housing Unit: | I | | Account Creation Date: | 11/28/2001 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ALP | 06/09/2006 02:43:22 PM | FIPP0506 | | | Payroll - IPP | $5.25 | | $7.09 |
| ALP | 06/09/2006 02:43:22 PM | 4ALMD023 - 1168 | | | Debt Encumbrance | | ($1.05) | |
| ALP | 06/09/2006 05:34:31 PM | ITS0609 | | | Phone Withdrawal | ($6.00) | | $1.09 |
| ALP | 07/07/2006 02:41:57 PM | 4ALMD023 - 1168 | | | Debt Encumbrance - Released | | $1.05 | |
| ALP | 07/07/2006 02:41:57 PM | FIPP0606 | | | Payroll - IPP | $5.25 | | $6.34 |
| ALP | 07/07/2006 02:41:57 PM | 4ALMD023 - 1260 | | | Debt Encumbrance | | ($1.05) | |
| ALP | 07/09/2006 08:50:29 PM | ITS0709 | | | Phone Withdrawal | ($5.00) | | $1.34 |
| ALP | 07/14/2006 02:07:23 PM | 33320606 | | | Western Union | $50.00 | | $51.34 |
| ALP | 07/14/2006 02:07:23 PM | 4ALMD023 - 1279 | | | Debt Encumbrance | | ($10.00) | |
| ALP | 07/14/2006 06:39:32 PM | ITS0714 | | | Phone Withdrawal | ($20.00) | | $31.34 |
| ALP | 07/28/2006 09:12:11 PM | ITS0728 | | | Phone Withdrawal | ($10.00) | | $21.34 |
| ALP | 08/01/2006 02:07:56 AM | 4ALMD023 - 1279 | | | Debt Encumbrance - Released | | $10.00 | |
| ALP | 08/01/2006 02:07:56 AM | 4ALMD023 - 1260 | | | Debt Encumbrance - Released | | $1.05 | |
| ALP | 08/01/2006 02:07:56 AM | 4ALMD023 | 2458 | | PLRA Payment | ($11.05) | | $10.29 |
| ALP | 08/04/2006 07:08:15 AM | FIPP0706 | | | Payroll - IPP | $5.25 | | $15.54 |
| ALP | 08/04/2006 07:08:15 AM | 4ALMD023 - 1389 | | | Debt Encumbrance | | ($1.05) | |
| ALP | 08/16/2006 09:05:51 PM | ITS0816 | | | Phone Withdrawal | ($14.00) | | $1.54 |
| ALP | 09/01/2006 02:07:53 AM | 4ALMD023 - 1389 | | | Debt Encumbrance - Released | | $1.05 | |
| ALP | 09/08/2006 02:59:15 PM | FIPP0806 | | | Payroll - IPP | $5.25 | | $6.79 |
| ALP | 09/08/2006 02:59:15 PM | 4ALMD023 - 1515 | | | Debt Encumbrance | | ($1.05) | |
| ALP | 09/08/2006 03:04:25 PM | 002156 | | | FRP Quarterly Pymt | $0.00 | | $6.79 |

Date: 09/12/2006
Time: 12:39:38 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: ALP

### General Information

Inmate Reg#: 12471014
Inmate Name: SPEIGHT, KENNETH
Current Site Name: Allenwood USP
Housing Unit: I

Living Quarters: A01-124U
Arrived From: ALM
Transferred To:
Account Creation Date: 11/28/2001

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| Total Transactions: 59 | | | | | Totals: | $6.22 | ($0.51) | |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| ALP | $5.74 | $0.00 | $1.05 | $0.00 | $0.00 | $0.00 | $0.00 | $6.79 |
| Totals: | $5.74 | $0.00 | $1.05 | $0.00 | $0.00 | $0.00 | $0.00 | $6.79 |

# United States District Court

_____ DISTRICT OF ~~_____~~ Columbia

Speight

v.

~~_____~~
FBOP

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: 07 0208

I, Kenneth Eugene Speight, declare that I am the (check appropriate box)

☒ petitioner/plaintiff      ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant    ☐ _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?    Yes ☐    No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment    Yes ☐    No ☒
   b. Rent payments, interest or dividends?                    Yes ☐    No ☒
   c. Pensions, annuities or life insurance payments?          Yes ☐    No ☒
   d. Gifts or inheritances?                                   Yes ☐    No ☒
   e. Any other sources?                                       Yes ☐    No ☒

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐   No ☒   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   N-A

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12 September 2006                    [signature]
                    (Date)                        Signature of Applicant

## CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ 5.74 on account to his credit at the USP Allenwood institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: N/A

I further certify that during the last six months the applicant's average balance was $ 6.73

[signature] Hoehn                                 9/12/06
Accts Tech / USP Allenwood
Authorized Officer of Institution

## ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ <br> United States Judge         Date | _____  _____ <br> United States Judge         Date <br> or Magistrate |