UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH EUGENE SPEIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-208 (RCL) |
| | ) |
| FEDERAL BUREAU OF PRISONS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**FEDERAL DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME**

Federal Defendant moves, pursuant to Fed. R.Civ. P. 6(b)(1) for an enlargement of time in which to answer or otherwise respond to the complaint. As plaintiff is a pro se prisoner incarcerated in a Federal Penitentiary in Bradford, Pennsylvania, undersigned counsel has not sought his consent to this motion.[1] This is a Freedom of Information Act case in which plaintiff alleges that the Bureau of Prisons has improperly withheld releasable documents pertaining to his administrative detention in 2004.

Federal Defendant seeks additional time to respond to the complaint because undersigned counsel is currently investigating the facts of this case. At this time, defense counsel has not gathered all the information necessary to determine how to respond to the allegations in the complaint. Defense counsel has requested information from agency counsel and is awaiting a

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference). LCvR 16.3(a) (emphasis added).

response.  Once defense counsel receives a response she will be able to ascertain whether there are grounds for a dispositive motion.  Defendant's response to the complaint is due on or about May 3, 2007.

Accordingly, federal defendants move for a ten-day enlargement of time up to and including June 4, 2007, to answer or otherwise respond to the complaint.

A proposed Order consistent with this Motion is attached.

                              Respectfully submitted,

                              /s/
                            JEFFREY A. TAYLOR
                            D.C. Bar #498610
                            United States Attorney

                              /s/
                            RUDOLPH CONTRERAS
                            D.C. Bar #434122
                            Assistant United States Attorney

                              /s/
                            CHARLOTTE A. ABEL
                            D.C. Bar #388582
                            Assistant United States Attorney
                            Judiciary Center Building
                            555 4th Street, N.W.
                            Washington, D.C. 20530

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of May, 2007, a copy of the foregoing Defendant's Motion for an Enlargement of Time was mailed, postage prepaid, to plaintiff, pro se at the following address:

Kenneth Eugene Speight
#12471-014
POB 8000
Bradford, PA 16701

/s/
CHARLOTTE A. ABEL, D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW
Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KENNETH EUGENE SPEIGHT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-208 (RCL) |
| ) | |
| **FEDERAL BUREAU OF PRISONS,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

Upon consideration of Federal Defendant's Motion for an Enlargement of Time, and the entire record of this case, it is hereby

ORDERED that Federal Defendant's Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Federal Defendant shall have up to and including June 4, 2007, to answer or otherwise respond to the Complaint.

Dated this _____ day of _____, 2007.

_____
ROYCE C. LAMBERTH
United States District Judge

Copies:

Charlotte A. Abel
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-2332

Kenneth Eugene Speight
R12471-014
McKean USP
P.O. Box 8000
Bradford, PA 16701