UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENNETH EUGENE SPEIGHT,
      Plaintiff,

-vs-                          Civil Number 1:07-cv-208(RCL)

FEDERAL BUREAU OF PRISONS,
      Defendant.

## OPPOSITION TO DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

    The Plaintiff, Kenneth Eugene Speight, hereby objects to and opposes the Defendant's request for enlargement of time in which to respond. Plaintiff presents this objection in light of the affirmative requirements imposed upon all litigants by Rule 11, Federal Rules of Civil Procedure, and states the following:

1.   Plaintiff filed the instant action which was docketed on January 30, 2007. Order granting motion for leave to proceed in forma pauperis was entered March 8, 2007. Summons and Complaint were served on the U.S. Attorney on April 3, 2007. Answer was due on June 4, 2007.

2.   On June 4, 2007, the Defendant's counsel moved for enlargement of time until July 10, 2007. Counsel stated the time was neceassry as it was "currently investigating the facts."

3.   On July 9, 2007, the Defendant's counsel moved for enlargement of time until July 31, 2007. Counsel cited the need for time due to being in trial, and unavailable to investigate facts. Counsel further indicated that she had not had opportunity to confer with agency

1

RECEIVED
AUG 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

counsel.

4. On July 31, 2007 Defendant's counsel moved for enlargement of time until August 22, 2007. Counsel's basis is that she has not gathered all necessary fact to determine how to respond, and has not had opportunity to confer with agency counsel.

5. The Defendant's counsel has made material misrepresentations in each of the above referenced motions. The Defendant's counsel has alleged that the Plaintiff filed this action as a "lawsuit under the Freedom of Information Act," and that, "On May 10, 2007 plaintiff filed an amended complaint abandoning his FOIA claim and instead asserting a cause of action under the Privacy Act." By this assertion, Defendant's counsel has intended to mislead the Court by implying that Plaintiff has filed an action under one cause and subsequently "abandoned" said cause to file another. This assertion is wholly false. See Speight v. FBOP, 1:07-cv-481.

6. While Plaintiff has filed an action under the Freedom of Information Act, such action was only filed on March 14, 2007, three months after the instant action was filed, and a mere twenty (20) days prior to the instant Complaint and Summons being served on counsel.

7. Said FOIA cause has never been "abandoned," and is currently pending, as Defendant's counsel well knows. Indeed, counsel has no reasonable basis upon which to claim to be confused.

8. Defendant's counsel's failure, during the four months since service of Complaint, to make any effort to "investigate" Plaintiff's claims, or to "confer with agency counsel," shows lack of due diligence, willful delay, and her knowing misrepresentations are implicit

of bad faith.

For the foregoing reasons, the Plaintiff hereby objects to, and opposes the Defendant's Motion for Enlargement of Time. For the record, the Plaintiff takes exception to the Court's grant of the Defendant's motion even prior to the Plaintiff receiving notice of such motion being filed.

Respectfully Presented,

Kenneth Eugene Speight
c/o P.O. Box 8000
Bradford, Pennsylvania
[16701]

## PROOF OF SERVICE

I, Kenneth Eugene Speight, hereby attest and affirm that a true and correct copy of the foregoing Opposition to Defendant's Motion For Enlargement of Time, was sent via first class mail by presenting to corrections officials at FCI McKean for processing to the U.S. Postal Service on August 8, 2007, to:

Charlotte A. Abel, AUSA
Office of the U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530

Kenneth Eugene Speight
c/o P.O. Box 8000
Bradford, Pennsylvania
[16701]