UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENNETH EUGENE SPEIGHT,
        Plaintiff,

-vs-                                        Civil Number 1:07-cv-208(RCL)

FEDERAL BUREAU OF PRISONS,
        Defendant.

**MOTION FOR SANCTION UNDER RULE 11**

COMES NOW, Plaintiff, Kenneth Eugene Speight, and moves the Court to sanction Counsel for the Defendant in this action, for willful, and intentional misrepresentation of fact for an improper purpose, and in support thereof, states the following.

1. Plaintiff filed the instant action which was docketed on January 30, 2007. Summons and Complaint were served on the U.S. Attorney on April 3, 2007. Answer was due on June 4, 2007.

2. The Defendant's Counsel has made four (4) consecutive motions for enlargement of time in which to respond, on June 4, 2007, on July 9, 2007, on July 31, 2007, and on August 22, 2007.

3. In each of the Defendant's Counsel's motions, Counsel has made material misrepresentation of fact regarding the nature of the Complaint and procedure in this case. The Defendant's Counsel has alleged that the Plaintiff filed this action as a "lawsuit under the Freedom of Information Act," and that, "On May 10, 2007 plaintiff filed an amended complaint abandoning his FOIA claim and instead asserting a cause of action under the Privacy Act."

RECEIVED
SEP 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

4. By this assertion, Defendant's Counsel has intended to mislead the Court by implying that PLaintiff has filed an action under one cause and subsequently "abandoned" said cause to file another. This assertion is wholly false.

5. While Plaintiff has filed an action under the Freedom of Information Act, such action was filed on March 14, 2007, three months after the instant action was filed. Said Complaint is docketed in this Court under Case Number 07-cv-481-JR.

6. Said FOIA cause has never been "abandoned," and is currently pending, as Defendant's Counsel well knows. In fact, motion for default entry has been filed in that matter.

7. Defendant's Counsel's failure to make effort to investigate the claims in the instant Complaint, and failure to confer with agency counsel, shows lack of due diligence. The new claims of inability to answer because the Plaintiff's "Central File" is located in Bradford, Pennsylvania, is a spurious excuse for the purpose of delay. The file could have been downloaded from the BOP computer system, or specific documents could have faxed.

8. The Defendant's Counsel has engaged in knowing misrepresentation for the purpose of needless delay, and to preclude this action from going forward.

For the foregoing reasons the Plaintiff hereby requests the Court impose sanction upon opposing Counsel pursuant to F.R.Civ.P., Rule 11(b), and enter Order compelling the Defendant's Counsel to retract the misrepresentation as to filing of this action, and to respond to the Complaint in accord with the Rules of Procedure.

WHEREFORE, THE Plaintiff hereby respectfully requests that this motion be granted.

Respectfully Presented,

*(signature)*

Kenneth Eugene Speight
c/o P.O. Box 8000
Bradford, Pennsylvania
[16701]

**PROOF OF SERVICE**

I, Kenneth Eugene Speight, hereby attest and affirm that a true and correct copy of the foregoing Motion For Sanctions, was sent via first class mail by presenting to corrections officials at FCI McKean for processing to the U.S. Postal Service on August 30, 2007, to:

Charlotte A. Abel, AUSA
Office of the U.S. Attorney
555 4th Steet, N.W.
Washington, D.C. 20530

*(signature)*

Kenneth Eugene Speight
c/o P.O. Box 8000
Bradford, Pennsylvania
[16701]