UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENNETH EUGENE SPEIGHT,
    Plaintiff,

-vs-                            Civil Number 07-cv-208(RCL)

FEDERAL BUREAU OF PRISONS,
    Defendant.

**MOTION FOR ENLARGEMENT OF TIME**

    NOW COMES, Plaintiff, Kenneth Eugene Speight, who hereby moves the Court for an enlargement of time pursuant to F.R.Civ.P., Rule 6(b), in which to file a brief in opposition to the Defendant's Motion to Dismiss the instant Complaint, and also, to file reply brief to the Defendant's opposition to Plaintiff's Rule 11 motion. In support thereof, the Plaintiff states the following:

1. Plaintiff is a prisoner proceeding pro se, and in currently incarcerated at McKean Federal Correctional Institution in Bradford, Pennsylvania.

2. On September 19, 2007, the Defendant filed an opposition to the Plaintiff's motion under Rule 11, F.R.Civ.P., and on September 25, 2007, the Defendant filed a motion to dismiss the instant action.

3. The Plaintiff needs additional time to investigate the legal arguments raised in Defendant's motion and also to prepare a proper reply to the opposition to his motion for sanctions.

4. The Plaintiff is not afforded a copy of Local Rules of the Court for the District of Columbia at this facility, and therefore, does

1

RECEIVED
OCT 4 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

not know the Court's normal scheduling requirement.

5. Thus, the Plaintiff requests an enlargement of time until October 30, 2007, in which to file the aforementioned briefs.

6. The Plaintiff is a prisoner pro se, and thus, has not sought concurrence with the Defendant's counsel.

WHEREFORE, the Plaintiff requests and enlargement of time until October 30, 2007, to respond to the Defendant's opposition and motion.

Dated September 28, 2007                    Respectfully Presented,

                                            Kenneth Eugene Speight
                                            c/o P.O. Box 8000
                                            Bradford, Pennsylvania
                                                    [16701]


## PROOF OF SERVICE

I, Kenneth Eugene Speight, hereby attest and affirm that a true and correct copy of the foregoing motion was sent via first class mail on September 28, 2007, by presenting to corrections officials at FCI McKean for processing to the U.S. Postal Service, to:

Charlotte Abel, AUSA
555 4th Street, N.W.
Washington, D.C. 20530

                                            Kenneth Eugene Speight
                                            c/o P.O. Box 8000
                                            Bradford, Pennsylvania
                                                    [16701]