**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| KENNETH EUGENE SPEIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-208 (RCL) |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**FEDERAL DEFENDANT'S MOTION**
**FOR AN ENLARGEMENT OF TIME, NUNC PRO TUNC**

Federal Defendant moves, pursuant to Fed. R.Civ. P. 6(b)(2) for an enlargement of time
in which to oppose plaintiff's motion for summary judgment filed on November 1, 2007.  As
plaintiff is a pro se prisoner incarcerated in a Federal Penitentiary in Bradford, Pennsylvania,
undersigned counsel has not sought his consent to this motion.[1]  This is a Freedom of
Information Act case in which plaintiff alleges that the Bureau of Prisons has improperly
withheld releasable documents pertaining to his administrative detention in 2004.  Defendant
moved to dismiss this case on September 25, 2007.  This motion has not yet been ruled upon.

Federal Defendant seeks time to respond to the plaintiff's motion because undersigned
counsel apparently overlooked the filing due to a large volume of incoming electronic filings
during that time period.  As a result, undersigned counsel inadvertently failed to calendar the due
date for the opposition at the time the motion appeared on the docket.  Plaintiff's certificate of
service indicates that it was served on the undersigned on October 30, 2007.  Undersigned

---

[1]Local Civil Rule 7(m) does not require counsel to discuss nondispositive motions with
incarcerated parties who are proceeding pro se.

counsel may have received the motion, but she does not recall having received it and has been

unable to find a service copy of the motion in her case file.  The deadline for the response was

November 13, 2007.  Defense counsel realized her mistake when she reviewed several electronic

filing notices during the week of December 3, 2007.  She regrets the error and any inconvenience

caused to the Court or to the plaintiff for her inadvertent failure to file.  However, defendant

notes that its motion to dismiss, filed prior to plaintiff's motion, may be dispositive of the issues

in plaintiff's motion.

Accordingly, federal defendants move for an extension of time, up to and including

December 20, 2008, to oppose plaintiff's motion for summary judgment.  Defendant anticipates

that this amount of time to complete the motion because undersigned counsel will be absent from

the office for three days during the week of December 10.

A proposed Order consistent with this Motion is attached.

Respectfully submitted,


  /s/
JEFFREY A. TAYLOR
D.C. Bar #498610
United States Attorney


  /s/
RUDOLPH CONTRERAS
D.C. Bar #434122
Assistant United States Attorney

_____
/s/
CHARLOTTE A. ABEL
D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of December, 2007, a copy of the foregoing

Defendant's Motion for an Enlargement of Time was mailed, postage prepaid, to plaintiff, pro se at

the following address:

Kenneth Eugene Speight
#12471-014
POB 8000
Bradford, PA 16701

_____
/s/
CHARLOTTE A. ABEL, D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW
Washington, D.C. 20530

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **KENNETH EUGENE SPEIGHT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 07-208 (RCL)** |
| | ) | |
| **FEDERAL BUREAU OF PRISONS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

Upon consideration of Federal Defendant's Motion for an Enlargement of Time, and the

entire record of this case, it is hereby

ORDERED that Federal Defendant's Motion for an Enlargement of Time is GRANTED,

*nunc pro tunc*, and it is

FURTHER ORDERED that Federal Defendant shall have up to and including December 20,

2007, to respond to plaintiff's motion for summary judgment..

Dated this _____ day of _____, 200__.


_____
ROYCE C. LAMBERTH
United States District Judge



Copies:

Charlotte A. Abel                         Kenneth Eugene Speight
Assistant United States Attorney          R12471-014
Judiciary Center Building                 McKean USP
555 4th Street, N.W.                      P.O. Box 8000
Washington, D.C. 20530                    Bradford, PA 16701
(202) 307-2332