**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KENNETH EUGENE SPEIGHT,     ) | |
| ) | |
| Plaintiff,     ) | |
| ) | |
| v.     ) | Civil Action No. 07-208 (RCL) |
| ) | |
| FEDERAL BUREAU OF PRISONS,     ) | |
| ) | |
| Defendant.     ) | |
| _____ ) | |

**FEDERAL DEFENDANT'S MOTION**
**FOR AN ENLARGEMENT OF TIME, NUNC PRO TUNC**

Federal Defendant moves, pursuant to Fed. R.Civ. P. 6(b)(2) for an enlargement of time

in which to oppose plaintiff's motion for summary judgment filed on November 1, 2007.  As

plaintiff is a pro se prisoner incarcerated in a Federal Penitentiary in Bradford, Pennsylvania,

undersigned counsel has not sought his consent to this motion.[1]  This is a Freedom of

Information Act case in which plaintiff alleges that the Bureau of Prisons has improperly

withheld releasable documents pertaining to his administrative detention in 2004.  Defendant

moved to dismiss this case on September 25, 2007.  This motion has not yet been ruled upon.

On December 7, 2007, Defendant sought an extension of time to respond to the motion

until December 20, 2007, *nunc pro tunc*, because undersigned counsel overlooked the filing due

to a large volume of incoming electronic filings during that time period.  As a result, undersigned

counsel inadvertently failed to calendar the due date for the opposition at the time the motion

appeared on the docket.  This motion for an extension of time is outstanding.  Defendant now

---

[1]Local Civil Rule 7(m) does not require counsel to discuss nondispositive motions with
incarcerated parties who are proceeding pro se.

seeks an additional ten business days, *nunc pro tunc*, in which to respond to plaintiff's motion for summary judgment. The grounds therefore are that, upon further reflection and review, undersigned counsel determined that she must confer with the agency and gain access to plaintiff's Central File in order to respond to plaintiff's lengthy statement of material facts.

Accordingly, federal defendants move for an extension of time, up to and including January 8, 2008, *nunc pro tunc*, to oppose plaintiff's motion for summary judgment. Undersigned counsel anticipates that she will need approximately ten business days in which to complete the opposition to the motion given the intervening federal holidays (December 24 & 25 2007; January 1, 2008).

A proposed Order consistent with this Motion is attached.

Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR
D.C. Bar #498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS
D.C. Bar #434122
Assistant United States Attorney


_____/s/_____
CHARLOTTE A. ABEL
D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this <u>19th</u> day of December, 2007, a copy of the foregoing

Defendant's Motion for an Enlargement of Time was mailed, postage prepaid, to plaintiff, <u>pro se</u> at

the following address:

Kenneth Eugene Speight
#12471-014
POB 8000
Bradford, PA 16701

                          /s/
                          CHARLOTTE A. ABEL, D.C. Bar #388582
                          Assistant United States Attorney
                          Judiciary Center Building
                          555 4th Street, NW
                          Washington, D.C. 20530

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KENNETH EUGENE SPEIGHT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Civil Action No. 07-208 (RCL)** |
| | ) |
| **FEDERAL BUREAU OF PRISONS,** | ) |
| | ) |
| **Defendant.** | ) |
| ———————————————————— | ) |

## <u>ORDER</u>

Upon consideration of Federal Defendant's Motion for an Enlargement of Time, and the entire record of this case, it is hereby

ORDERED that Federal Defendant's Motion for an Enlargement of Time is GRANTED, *nunc pro tunc*, and it is

FURTHER ORDERED that Federal Defendant shall have up to and including January 8, 2008, to respond to plaintiff's motion for summary judgment..

Dated this _____ day of _____, 200__.


_____
ROYCE C. LAMBERTH
United States District Judge



Copies:

Charlotte A. Abel  
Assistant United States Attorney  
Judiciary Center Building  
555 4th Street, N.W.  
Washington, D.C. 20530  
(202) 307-2332

Kenneth Eugene Speight  
R12471-014  
McKean USP  
P.O. Box 8000  
Bradford, PA 16701