UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED

DEC 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

KENNETH EUGENE SPEIGHT,
                    Plaintiff,

          -vs-                          Civil Number 1:07-cv-208(RCL)

FEDERAL BUREAU OF PRISONS,
                    Defendant.

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME NUNC PRO TUNC

The Defendant has moved for an enlargement of time in which to oppose the Plaintiff's motion for summary judgment. For the reasons as set forth below, the Defendant's motion should be denied.

The Plaintiff has moved for summary judgment, filed November 1, 2007. The Defendant's response was due on of before November 13, 2007. The Defendant failed to oppose or otherwise respond. Defendant's counsel claims she inadvertently failed to calendar the due date for opposing the Plaintiff's motion. However, from counsel's statement of the case, it appears that she does not even know what this action is about. The Defendant's motion states: "This is a Freedom of Information Act case in which plaintiff alleges that the Bureau of Prisons has improperly withheld releasable documents..." (Defendant's Motion, p. 1). The motion goes on to assert that, the "defendant notes that its motion to dismiss...may be dispositive of issues in plaintiff's motion." (Id. p. 2). It is clear that the Defendant's counsel does not take this case seriously and does not comprehend the cause of this action.

1

This action has never been a Freedom of Information Act claim. As can easily be discerned from the original Complaint, docket # 1, filed January 30, 2007, this matter has always been a claim of Privacy Act violation. Counsel's persistent, frivolous assertion that this case was a Freedom of Information Act claim which the Plaintiff "abandoned," is indicative of some improper purpose. In the nearly eleven months since the Complaint was filed, it is incredible that Defendant's counsel pretends to be confused as to what this case is about. This behavior borders on fraudulent misconduct.

The Defendant's counsel has made at least six (6) requests for enlargement of time, all of which have contained statements to the effect that counsel misperceives the nature of this case. Such pretense is both unbelievable and unreasonable.

The Defendant's Motion for Enlargement of Time should be denied, and the Plaintiff hereby moves that any response which is filed on behalf of the Defendant be stricken from the record.

Dated: December 18, 2007

Respectfully Presented,

Kenneth Eugene Speight
c/o P.O. Box 8000
Bradford, Pennsylvania
                [16701]

2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

KENNETH EUGENE SPEIGHT,
       Plaintiff,

  -vs-                       Civil Number 1:07-cv-208(RCL)

FEDERAL BUREAU OF PRISONS,
       Defendant.


### PROOF OF MAILING

I, Kenneth Eugene Speight, hereby attest and affirm that, a true and correct copy of the foregoing Opposition to Defendant's motion for enlargement of time, was sent via first class mail by placing with corrections officials at FCI McKean for processing to the U.S. Postal Service, on December 18, 2007, to:

Charlotte A. Abel, Esq.
Office of the U. S. Attorney
555 4th street, N.W.
Washington, D.C. 20530


                           Kenneth Eugene Speight
                           c/o P.O. Box 8000
                           Bradford, Pennsylvania
                                 [16701]