UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH EUGENE SPEIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-208 (RCL) |
| ) | |
| FEDERAL BUREAU OF PRISONS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**FEDERAL DEFENDANT'S MOTION
FOR AN ENLARGEMENT OF TIME**

Federal Defendant moves, pursuant to Fed. R.Civ. P. 6(b)(1) for an enlargement of time in which to oppose plaintiff's motion for summary judgment filed on November 1, 2007. As plaintiff is a pro se prisoner incarcerated in a Federal Penitentiary in Bradford, Pennsylvania, undersigned counsel has not sought his consent to this motion.[1] This is a Freedom of Information Act case in which plaintiff alleges that the Bureau of Prisons has improperly withheld releasable documents pertaining to his administrative detention in 2004. Defendant moved to dismiss this case on September 25, 2007. This motion has not yet been ruled upon.

Defendant seeks an additional twenty days in which to respond to plaintiff's motion for summary judgment. The grounds therefore are that, undersigned counsel learned on January 8, 2008, that there are grounds upon which to investigate whether plaintiff is litigating the same claims concurrently in another jurisdiction. In addition, undersigned counsel has sought, but has not yet received, the information from Plaintiff's Central File so that she can respond to

---

[1] Local Civil Rule 7(m) does not require counsel to discuss nondispositive motions with incarcerated parties who are proceeding pro se.

plaintiff's statement of material facts. Undersigned counsel anticipates that she will be able to complete the opposition to plaintiff's motion for summary judgment within twenty days.

Accordingly, federal defendants move for an extension of time, up to and including January 28, 2008, to oppose plaintiff's motion for summary judgment.

A proposed Order consistent with this Motion is attached.

Respectfully submitted,

_____
JEFFREY A. TAYLOR
D.C. Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS
D.C. Bar #434122
Assistant United States Attorney

_____
CHARLOTTE A. ABEL
D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8<u>th</u> day of January, 2008, a copy of the foregoing Defendant's Motion for an Enlargement of Time was mailed, postage prepaid, to plaintiff, <u>pro se</u> at the following address:

Kenneth Eugene Speight
#12471-014
POB 8000
Bradford, PA 16701

                                                           /s/
                                       CHARLOTTE A. ABEL, D.C. Bar #388582
                                       Assistant United States Attorney
                                       Judiciary Center Building
                                       555 4th Street, NW
                                       Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KENNETH EUGENE SPEIGHT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 07-208 (RCL) |
| ) | |
| **FEDERAL BUREAU OF PRISONS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

Upon consideration of Federal Defendant's Motion for an Enlargement of Time, and the entire record of this case, it is hereby

ORDERED that Federal Defendant's Motion for an Enlargement of Time is GRANTED, *nunc pro tunc*, and it is

FURTHER ORDERED that Federal Defendant shall have up to and including January 28, 2008, to respond to plaintiff's motion for summary judgment..

Dated this _____ day of _____, 2008.

                                                                                                _____
                                                                                                ROYCE C. LAMBERTH
                                                                                                United States District Judge

Copies:

Charlotte A. Abel
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-2332

Kenneth Eugene Speight
R12471-014
McKean USP
P.O. Box 8000
Bradford, PA 16701