UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH EUGENE SPEIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-208 (RCL) |
| ) | |
| FEDERAL BUREAU OF PRISONS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**FEDERAL DEFENDANT'S MOTION
FOR AN ENLARGEMENT OF TIME, NUNC PRO TUNC**

Federal Defendant moves, pursuant to Fed. R.Civ. P. 6(b)(2) for an enlargement of time in which to oppose plaintiff's motion for summary judgment. As plaintiff is a <u>pro se</u> prisoner incarcerated in a Federal Penitentiary in Bradford, Pennsylvania, undersigned counsel has not sought his consent to this motion.[1]   Plaintiff brought this lawsuit under the Freedom of Information Act (FOIA). In his complaint, he alleged that the Bureau of Prisons improperly withheld releasable documents pertaining to his administrative detention in 2004. Plaintiff filed an amended complaint abandoning his FOIA claim and instead asserting a cause of action under the Privacy Act. Defendant moved to dismiss this case on September 25, 2007. This motion has not yet been ruled upon.

Defendant's opposition was due on January 8, 2008, pursuant to court order. On January 8, 2008, Defendant sought a further extension of time to respond to the motion until January 28, 2008 [Dk. # 26.] This motion has not yet been ruled upon. Defendant now seeks an additional

---

[1] Local Civil Rule 7(m) does not require counsel to discuss nondispositive motions with incarcerated parties who are proceeding <u>pro se</u>.

week, *nunc pro tunc*, in which to respond to plaintiff's motion for summary judgment. The grounds therefore are that, defense counsel had substantially completed its opposition on January 28, 2008, but due to an inadvertant administrative oversight, the opposition and statement of genuine issues was not reviewed in time for filing on January 28, 2008. On January 29, 2008, the document was reviewed whereupon it was determined that further investigation of the record was needed in order to complete the statement of genuine issues.

Accordingly, federal defendants move for an extension of time, up to and including February 4, 2008, *nunc pro tunc*, to oppose plaintiff's motion for summary judgment.

A proposed Order consistent with this Motion is attached.

Respectfully submitted,

  /s/
JEFFREY A. TAYLOR
D.C. Bar #498610
United States Attorney

  /s/
RUDOLPH CONTRERAS
D.C. Bar #434122
Assistant United States Attorney

  /s/
CHARLOTTE A. ABEL
D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 30th day of January, 2008, a copy of the foregoing Defendant's Motion for an Enlargement of Time was mailed, postage prepaid, to plaintiff, <u>pro se</u> at the following address:

Kenneth Eugene Speight
#12471-014
POB 8000
Bradford, PA 16701

    /s/
CHARLOTTE A. ABEL, D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW
Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KENNETH EUGENE SPEIGHT,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**FEDERAL BUREAU OF PRISONS,** )<br>)<br>**Defendant.** )<br>_____ ) | Civil Action No. 07-208 (RCL) |

**ORDER**

Upon consideration of Federal Defendant's Motion for an Enlargement of Time, and the entire record of this case, it is hereby

ORDERED that Federal Defendant's Motion for an Enlargement of Time is GRANTED, *nunc pro tunc*, and it is

FURTHER ORDERED that Federal Defendant shall have up to and including February 4, 2008, to respond to plaintiff's motion for summary judgment..

Dated this _____ day of _____, 2008.

_____
ROYCE C. LAMBERTH
United States District Judge

Copies:

Charlotte A. Abel
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

Kenneth Eugene Speight
R12471-014
McKean USP
P.O. Box 8000
Bradford, PA 16701