UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENNETH EUGENE SPEIGHT,
        Plaintiff,

-vs-　　　　　　　　　　　　　　　　　Civil Number 1:07-cv-208(RCL)

FEDERAL BUREAU OF PRISONS,
        Defendant.

**MOTION FOR ENLARGEMENT OF TIME**

    NOW COMES Plaintiff, Kenneth Eugene Speight, who hereby moves the Court for an enlargement of time pursuant to F.R.Civ.P. 6(b), in which to file a Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment in the above entitled case. In support thereof, the Plaintiff states the following:

1. Plaintiff is a prisoner proceeding pro se, and is currently incarcerated at McKean Federal Correction Institution in Bradford, Pennsylvania.

2. Plaintiff filed the above entitled action on January 30, 2007, and has moved for summary judgment in his favor which the Defendant now opposes.

3. Although, the Defendant has provided a certificate of service which indicates that service of its brief in opposition and statement of genuine issues was made on February 4, 2008, in fact, those documents were not received by the Plaintiff until February 14, 2008.

4. The Plaintiff intends to file a Reply brief to the Defendant's

1

RECEIVED
FEB 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

opposition, however, due to the untimely delivery of the Defendant's papers, the Plaintiff must request for enlargement of time in order to have adequate time to prepare a reply.

5. Thus, the Plaintiff requests an enlargement of time of one week until February 22, 2008, in which to file reply to the Defendant's opposition to summary judgment.

6. The Plaintiff is a prisoner proceeding pro se, and thus, has not sought concurrence of the Defendant's counsel.

WHEREFORE, THE Plaintiff respectfully requests enlargement of time until February 22, 2008, to file his Reply brief.

Dated: February 15, 2008

Respectfully Presented,

Kenneth Eugene Speight
c/o P.O. Box 8000
Bradford, Pennsylvania
[16701]

**PROOF OF MAILING**

I, Kenneth Eugene Speight, hereby attest and affirm that a true and correct copy of the foregoing Motion for Enlargement of Time was sent of February 19, 2008, by presenting to corrections officials for processing to the U.S. Postal Service, to:

Charlotte A. Abel, AUSA
Office of the U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

Kenneth Eugene Speight
c/o P.O. Box 8000
Bradford, Pennsylvania
[16701]

2