UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KENNETH EUGENE SPEIGHT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-208 (RCL) |
| ) | |
| **FEDERAL BUREAU OF PRISONS,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**FEDERAL DEFENDANT'S MOTION
FOR AN ENLARGEMENT OF TIME**

Federal Defendant moves, pursuant to Fed. R.Civ. P. 6(b)(1) for an enlargement of time in which to oppose plaintiff's motion for leave to file supplemental complaint. As plaintiff is a pro se prisoner incarcerated in a Federal Penitentiary in Bradford, Pennsylvania, undersigned counsel has not sought his consent to this motion.[1] Plaintiff brought this lawsuit under the Freedom of Information Act (FOIA). In his complaint, he alleged that the Bureau of Prisons improperly withheld releasable documents pertaining to his administrative detention in 2004. Plaintiff filed an amended complaint abandoning his FOIA claim and instead asserting a cause of action under the Privacy Act. Cross-motions for dispositve relief are pending.

Plaintiff's motion was entered on the docket on June 17, 2008, making defendant's response due on July 1, 2008. Defendant seeks additional time in which to respond to plaintiff's motion. The grounds therefore are that, defense counsel will be away from the office on that date and prior to that date and will be unavailable to confer with agency counsel and to draft a

---

[1] Local Civil Rule 7(m) does not require counsel to discuss nondispositive motions with incarcerated parties who are proceeding pro se.

response to plaintiff's motion.

Accordingly, federal defendants move for an extension of time, up to and including July 24, 2008, to respond to plaintiff's motion for leave to file a supplemental complaint.

A proposed Order consistent with this Motion is attached.

Respectfully submitted,

\_\_\_\_/s/_____
JEFFREY A. TAYLOR
D.C. Bar #498610
United States Attorney

\_\_\_\_/s/_____
RUDOLPH CONTRERAS
D.C. Bar #434122
Assistant United States Attorney

\_\_\_\_/s/_____
CHARLOTTE A. ABEL
D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of June, 2008, a copy of the foregoing Defendant's Motion for an Enlargement of Time was mailed, postage prepaid, to plaintiff, pro se at the following address:

Kenneth Eugene Speight
#12471-014
POB 8000
Bradford, PA 16701

                                              /s/
                                   CHARLOTTE A. ABEL, D.C. Bar #388582
                                   Assistant United States Attorney
                                   Judiciary Center Building
                                   555 4th Street, NW
                                   Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KENNETH EUGENE SPEIGHT,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**FEDERAL BUREAU OF PRISONS,** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 07-208 (RCL) |

## ORDER

Upon consideration of Federal Defendant's Motion for an Enlargement of Time, and the entire record of this case, it is hereby

ORDERED that Federal Defendant's Motion for an Enlargement of Time is GRANTED, and it is,

FURTHER ORDERED that Federal Defendant shall have up to and including July 24, 2008, to respond to plaintiff's motion for leave to file supplemental complaint.

Dated this _____ day of _____, 2008.


_____
ROYCE C. LAMBERTH
United States District Judge


Copies:

Charlotte A. Abel
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

Kenneth Eugene Speight
R12471-014
McKean USP
P.O. Box 8000
Bradford, PA 16701