July 15, 2008                                              Kenneth Eugene Speight
                                                           c/o Watkinson House
                                                           136 Collins Street
                                                           Hartford, Connecticut
                                                                         [06105]


Nancy Mayer Whittington, CLERK
United States District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001

    Re: **Speight v. FBOP, 1:07-cv-208**

Dear Ms. Whittington:

    This correspondence is to notify the Court of my change in mailing location. The mailing address, as presented above, is:

        Kenneth Eugene Speight
        c/o Watkinson House
        136 Collins Street
        Hartford, Connecticut
            06105

    Notice has been provided to opposing counsel as to this change. Notice was sent to, Charlotte A. Abel, AUSA.

    Thank you for attention. Please enter this new information into the docket of this case.

                              Very cordially yours,

                              Kenneth Eugene Speight


cc: Charlotte A. Abel, AUSA
    Office of the U.S. Attorney
    555 4th Street, N.W.
    Washington, D.C. 20530

**RECEIVED**

JUL 2 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT