UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **KENNETH EUGENE SPEIGHT,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 07-0208 (RCL) |
| **FEDERAL BUREAU OF PRISONS,** | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the defendant's motion [Dkt. # 17] to dismiss be, and hereby is, GRANTED.  It is

FURTHER ORDERED that the plaintiff's motions for sanctions [Dkt. # 14], for summary judgment [Dkt. # 22], to extend time [Dkt. # 29], and to supplement his complaint [Dkt. # 32] are each DENIED as moot.

This is a final, appealable Order.  *See* Fed. R. App. P. 4(a).


DATED: August 11, 2008

       /s/
ROYCE C. LAMBERTH
Chief Judge